Frank A. Magnanimo, Esq. (SBN 174750)
*frank@magdeanlaw.com*
Audrey L. Priolo, Esq. (SBN 239576)
*audrey@magdeanlaw.com*
MAGNANIMO & DEAN, LLP
21031 Ventura Blvd., Suite 803
Woodland Hills, California 91364
Tel.: (818) 305-3450; Fax: (818) 305-3451

Attorneys for Plaintiff
Marcus Shoals, Sr.

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| MARCUS SHOALS, SR., an individual,<br><br>Plaintiff,<br><br>vs.<br><br>OWENS & MINOR DISTRIBUTION, INC., a corporation; STAFFMARK HOLDINGS, INC., a corporation; STAFFMARK INVESTMENT, LLC, a limited liability company; JOHN CLINE, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:18-cv-02355-WBS-EFB<br><br>**ORDER GRANTING PLAINTIFF MARCUS SHOALS' REQUEST TO APPEAR TELEPHONICALLY AT DEFENDANTS' MOTION TO COMPEL ARBITRATION AND PLAINTIFF'S MOTION TO REMAND**<br><br>**DATE:** October 29, 2018<br>**TIME:** 1:30 p.m.<br>**COURTROOM:** 5 |

Having considered Plaintiff Marcus Shoals, Sr.'s request to appear telephonically at Defendants' Motion to Compel Arbitration and Plaintiff's Motion for Remand set for October 29, 2018 at 1:30 p.m. and good cause appearing therefore:

IT IS HEREBY ORDERED that Plaintiff Marcus Shoals, Sr. may appear telephonically at Defendants' Motion to Compel Arbitration and Plaintiff's Motion for Remand set for October 29, 2018 at 1:30 p.m. Counsel for Plaintiff shall be available at (818) 305-3450.

The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.

IT IS SO ORDERED.

Dated: October 17, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE