# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| MARCUS SHOALS, SR., an individual,<br><br>Plaintiff,<br><br>v.<br><br>OWENS & MINOR DISTRIBUTION, INC., a corporation; STAFFMARK HOLDINGS, INC., a corporation; STAFFMARK INVESTMENT, LLC, a limited liability company; JOHN CLINE, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:18-CV-02355-EFB<br><br>**ORDER GRANTING DEFENDANT OWENS & MINOR DISTRIBUTION, INC. AND JOHN CLINES'S REQUEST FOR TELEPHONIC APPEARANCE FOR HEARING**<br><br>**Date:** October 29, 2018<br>**Time:** 1:30 p.m.<br>**Judge:** Hon. William B. Shubb |

Defendant Owen & Minor Distribution, Inc. and John Cline's request to appear telephonically at Defendants' Motion to Compel Arbitration and Plaintiff's Motion for Remand set for October 29, 2018 at 1:30 p.m. and good cause appearing therefore:

IT IS HEREBY ORDERED that Defendant Owen & Minor Distribution, Inc. may appear telephonically at Defendants' Motion to Compel Arbitration and Plaintiff's Motion for Remand set for October 29, 2018 at 1:30 p.m. Counsel for Defendant shall be available at (650) 843-7530.

The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.

IT IS SO ORDERED.

Dated: October 29, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

CASE NO. 2:18-CV-02355-EFB

[PROPOSED] ORDER GRANTING
DEFENDANTS' REQUEST FOR
TELEPHONIC APPEARANCE