Frank A. Magnanimo, Esq. - SBN 174750
*frank@magdeanlaw.com*
Lauren A. Dean, Esq. - SBN 174722
*lauren@magdeanlaw.com*
MAGNANIMO & DEAN, LLP
21031 Ventura Blvd., Suite 803
Woodland Hills, California 91364
Tel.: (818) 305-3450; Fax: (818) 305-3451

Attorneys for Plaintiff
Marcus Shoals, Sr.

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| MARCUS SHOALS, SR., an individual,<br><br>Plaintiff,<br><br>vs.<br><br>OWENS & MINOR DISTRIBUTION, INC., a corporation; STAFFMARK HOLDINGS, INC., a corporation; STAFFMARK INVESTMENT, LLC, a limited liability company; JOHN CLINE, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | **Case No. 2:18-cv-02355-WBS-EFB**<br><br>**ORDER TO DISMISS DEFENDANT STAFFMARK HOLDINGS, INC., IN EXCHANGE FOR DEFENDANT'S WAIVER OF ATTORNEY'S FEES AND COSTS** |

Plaintiff MARCUS SHOALS, SR. and Defendants STAFFMARK HOLDINGS, INC. and STAFFMARK INVESTMENT, LLC by and through counsel of record, stipulated to dismiss Defendant STAFFMARK HOLDINGS, INC. Having reviewed the Stipulation of the Parties, the Court APPROVES such stipulation and hereby GRANTS the Parties' Request to Dismiss Defendant STAFFMARK HOLDINGS, INC., as follows:

1. Defendant STAFFMARK HOLDINGS, INC., is hereby dismissed from this matter without prejudice.

2. Defendant STAFFMARK HOLDINGS, INC., waives any right to recover attorneys' fees and/or costs with respect to all matters considered by the parties' Stipulation.

3. With respect to this Stipulation, no party is the prevailing party and the dismissal of Defendant STAFFMARK HOLDINGS, INC., does not constitute a favorable termination on the merits.

**IT IS SO ORDERED:**

Dated: October 15, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE