Frank A. Magnanimo, Esq. (SBN 174750)
*frank@magdeanlaw.com*
Lauren A. Dean, Esq. (SBN 174722)
*lauren@magdeanlaw.com*
MAGNANIMO & DEAN, LLP
21031 Ventura Blvd., Suite 803
Woodland Hills, California 91364
Tel.: (818) 305-3450; Fax: (818) 305-3451

Attorneys for Plaintiff
Marcus Shoals, Sr.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| MARCUS SHOALS, SR., an individual,<br><br>Plaintiff,<br><br>vs.<br><br>OWENS & MINOR DISTRIBUTION, INC., a corporation; STAFFMARK HOLDINGS, INC., a corporation; STAFFMARK INVESTMENT, LLC, a limited liability company; JOHN CLINE, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | **Case No. 2:18-cv-02355-WBS-EFB**<br><br>**JOINT STIPULATION AND ORDER TO LIFT ARBITRATION STAY** |

///

///

///

**THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:**

Plaintiff MARCUS SHOALS, SR. ("Plaintiff") and Defendants OWENS & MINOR DISTRIBUTION, INC., and JOHN CLINE ("Defendants") constituting all the parties appearing in this action, through undersigned counsel of record hereby request that the stay imposed by this Court on October 30, 2018 (Docket No. 34) be lifted for the reasons set forth below.

WHEREAS, on October 30, 2018, this Court granted the Motion to Compel Arbitration (Docket No. 12) with respect to Plaintiff's claims against prior defendants Staffmark Investment, LLC and Staffmark Holdings, Inc. and denied same with respect to defendants Owens & Minor Distribution, Inc. and John Cline.

WHEREAS, the Court's October 30, 2018 stayed all proceedings pending the outcome of arbitration as to defendants Owens & Minor Distribution, Inc. and John Cline.

WHEREAS, on October 15, 2019, the Court ordered the dismissal of defendant Staffmark Holdings, Inc., pursuant to the agreement between Plaintiff and Staffmark Holdings, Inc.

WHEREAS, on February 8, 2020, the Honorable Rebecca Westerfield (Ret.) dismissed the arbitration pursuant to the stipulation between Plaintiff and defendants Staffmark Investment, LLC.

WHEREAS, on April 29, 2020, the Court granted defendant Staffmark Investment, LLC's motion for good faith settlement, and dismissed Plaintiff's complaint without prejudice as to Staffmark Investment, LLC.

Now, therefore, **IT IS HEREBY STIPULATED** by and between all the parties to this action as follows:

///

///

///

1. To lift the October 30, 2018 stay;
2. To reset a Status (Pretrial Scheduling) Conference.

**SO STIPULATED**.

Date: September 25, 2020                             **MAGNANIMO & DEAN LLP**

                                    By:   /s/ *Frank A. Magnanimo*
                                          Frank A. Magnanimo, Esq.
                                          Lauren A. Dean, Esq.
                                          Attorneys for Plaintiff
                                          Marcus Shoals, Sr.

Date: September 25, 2020                             **MORGAN, LEWIS & BOCKIUS LLP**

                                    By:   /s/ *Melinda S. Riechert*
                                          Melinda S. Riechert, Esq.
                                          Maureen Nicole Beckley, Esq.
                                          Attorneys for Defendants
                                          Owens & Minor Distribution, Inc., and John Cline

**O R D E R**

1. PURSUANT TO THE STIPULATION, IT IS SO ORDERED.  The October 30, 2018 order staying this action is hereby lifted; and

2. A Scheduling Conference is set for **December 21, 2020 at 01:30 p.m.** in Courtroom 5.  A Joint Status Report shall be filed no later than **December 7, 2020**, and pursuant to the Court's Order Re: Status (Pretrial Scheduling) Conference filed 8/29/2018 (Docket No. 4).

Dated:  September 28, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE