Frank A. Magnanimo, Esq. (SBN 174570)
frank@magdeanlaw.com
Lauren A. Dean, Esq. (SBN 174722)
lauren@magdeanlaw.corn
MAGNANIMO & DEAN, LLP
21031 Ventura Blvd., Suite 803
Woodland Hills, California 91364
Tel.: (818) 305-3450
Fax: (818) 305-3451

Attorneys for Plaintiff
MARCUS SHOALS, SR.

MORGAN, LEWIS & BOCKIUS LLP
Melinda S. Riechert, Bar No. 65504
1400 Page Mill Road
Palo Alto, California  94304
Telephone: +1.650.843.4000
Facsimile: +1.650.843.4001
melinda.riechert@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Maureen N. Beckley, Bar No. 316754
One Market, Spear Street Tower
San Francisco, California  94105-1596
Telephone: +1.415.442.1000
Facsimile: +1.415.442.1001
maureen.beckley@morganlewis.com

Attorneys for Defendants
OWENS & MINOR DISTRIBUTION, INC. and JOHN CLINE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS SHOALS, SR., an individual,<br><br>Plaintiff,<br><br>v.<br><br>OWENS & MINOR DISTRIBUTION, INC., a corporation; STAFFMARK HOLDINGS, INC., a corporation; STAFFMARK INVESTMENT, LLC, a limited liability company; JOHN CLINE, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:18-cv-02355-WBS-JDP<br><br>**STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 16-271** |

Pursuant to Local Rule 16-271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

Dated: October 14, 2021

**MAGNANIMO & DEAN, LLP**

By  /s/ *Frank A. Magnanimo*[1]
Frank A. Magnanimo
Lauren A. Dean

Attorneys for Plaintiff
MARCUS SHOALS, SR.

Dated: October 14, 2021

**MORGAN, LEWIS & BOCKIUS LLP**

By  /s/ *Melinda S. Riechert*
Melinda S. Riechert
Maureen N. Beckley

Attorneys for Defendants
OWENS & MINOR DISTRIBUTION, INC. and JOHN CLINE

**ORDER**

IT IS SO ORDERED.

Dated: October 14, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[1] Permission to file on behalf of Frank A. Magnanimo granted on October 14, 2021.