UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| MARCUS SHOALS, SR., an individual,<br><br>            Plaintiff,<br><br>     v.<br><br>OWENS & MINOR DISTRIBUTION, INC., a corporation; STAFFMARK HOLDINGS, INC., a corporation; STAFFMARK INVESTMENT, LLC, a limited liability company; JOHN CLINE, an individual; and DOES 1 through 50, inclusive,<br><br>            Defendant. | No. 2:18-cv-02355 WBS JDP<br><br><br>ORDER |

----oo0oo----

Pursuant to the stipulation of the parties and the court's order adopting the stipulation (Docket Nos. 49, 50), this case is hereby referred to the court's Voluntary Dispute Resolution Program ("VDRP").

IT IS THEREFORE ORDERED that:

1. Within fourteen (14) days of this Order, the

1

parties shall contact the court's VDRP administrator, Sujean Park, at (916) 930-4278 or SPark@caed.uscourts.gov, to start the process of selecting an appropriate neutral.  The parties shall carefully review and comply with Local Rule 271, which outlines the specifications and requirements of the VDRP.

        2.   To avoid the unnecessary expenditure of costs and attorneys' fees, this action is hereby stayed to provide the parties time to complete the VDRP session.  No later than five (5) days after completion of the VDRP session, the parties shall file a joint statement indicating whether a settlement was reached.

        3.   The parties shall complete the VDRP session no later than December 15, 2021.  The court hereby sets a status conference for January 18, 2022.  If a settlement is not reached through VDRP, the parties shall submit an Amended Joint Status Report no later than January 3, 2022.

        IT IS SO ORDERED.

Dated:  October 15, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE