MORGAN, LEWIS & BOCKIUS LLP
Melinda S. Riechert, Bar No. 65504
1400 Page Mill Road
Palo Alto, CA 94304
Tel:    +1.650.843.4000
Fax:   +1.650.843.4001
melinda.riechert@morganlewis.com

Kayla K. Cox, Bar No. 311152
One Market
Spear Street Tower
San Francisco, CA 94105-1596
Tel:    +1.415.442.1000
Fax:   +1.415.442.1001
kayla.cox@morganlewis.com

*Attorneys for Defendant*
OWENS & MINOR DISTRIBUTION, INC.

*Additional Counsel on Next Page*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| MARCUS SHOALS, SR., an individual, | **Case No. 2:18-cv-02355-WBS-JDP** |
| Plaintiff, | **JOINT STIPULATION REGARDING EXTENSION OF NON-EXPERT DISCOVERY AND MOTION DEADLINES AND [PROPOSED] ORDER** |
| vs. | |
| OWENS & MINOR DISTRIBUTION INC., a corporation; STAFFMARK HOLDINGS, INC., a corporation; STAFFMARK INVESTMENT, LLC, a limited liability company; JOHN CLINE, an individual; and DOES 1 through 50, inclusive, | ASSIGNED FOR ALL PURPOSES TO JUDGE WILLIAM B. SCHUBB |
| | Case Filed: June 5, 2018 |
| Defendants. | DISCOVERY CUT-OFF: 12/30/22<br>MOTION CUT-OFF: 2/10/23<br>TRIAL DATE: 9/12/23 |

1  Lauren A. Dean, Esq. (SBN 174722)
   lauren@magdeanlaw.com
2  **MAGNANIMO DEAN LAW, APC**
   21031 Ventura Blvd., Suite 803
3  Woodland Hills, California 91364
   Tel.: (818) 305-3450
4  Fax: (818) 305-3451
   *Attorney for Plaintiff*
5  Marcus Shoals, Sr.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

JOINT STIPULATION REGARDING EXTENSION OF NON-EXPERT DISCOVERY AND MOTION
DEADLINES AND [PROPOSED] ORDER
2        CASE NO. 2:18-CV-02355-WBS-JDP

Pursuant to Local Rules 143 and 144 and the Status (Pretrial Scheduling) Order (Dkt. 60), Plaintiff MARCUS SHOALS, SR. ("Plaintiff") and Defendants OWENS & MINOR DISTRIBUTION INC. ("Defendant" or "O&M") and JOHN CLINE ("Cline") (collectively, the "Parties"), by and through their attorneys of record, submit the following Joint Stipulation to Continue the Non-Expert Discovery and Motion Deadlines, requesting that the new non-expert discovery and motion deadlines be set 45 days from the currently scheduled deadlines to allow the Parties to continue their settlement and discovery efforts, particularly because the Parties have scheduled private mediation for January 19, 2023 and despite diligently engaging in discovery Plaintiff has not yet completed Defendant's persons most knowledgeable depositions.

1. On or about August 29, 2018, Defendants removed this case from the Superior Court of the State of California, San Joaquin County to this Court. Subsequently, this case was stayed pending STAFFMARK HOLDINGS, INC.'s and STAFFMARK INVESTMENT, LLC'S motion to compel arbitration, which was granted by the Court (Dkt. 34); the dismissal of STAFFMARK HOLDINGS, INC. from this matter (Dkt. 37); and Plaintiff's and STAFFMARK INVESTEMENT, LLC's arbitration and settlement, which was approved by the Court (Dkt. 42). On or about September 28, 2020, the Court granted the Parties' stipulation to lift the stay (Dkt. 44).

3. On October 14, 2021, the Parties stipulated to mediation via the Voluntary Dispute Resolution Program. On December 3, 2021, the Parties participated in a mediation session with Terry Willis, Esq. The Parties were unable to resolve the matter.

2. On February 1, 2022, the Court issued the Status (Pretrial Scheduling) Order (Dkt. 60), setting the following dates in this matter:

| | |
|---|---|
| Non-Expert Discovery: | December 30, 2022 |
| Motions: | February 10, 2023 |
| Expert Disclosure: | April 10, 2023 |
| Supp. Expert Disclosure: | May 8, 2023 |
| Pre-Trial Conference: | July 17, 2023 |

1       Trial:      September 12, 2023

2.    3.    Since the Court issued its Status (Pretrial Scheduling) Order, the Parties have diligently engaged in discovery. In particular, Plaintiff propounded two sets of interrogatories, four sets of requests for production, and two sets of requests for admissions on Defendant; Defendant responded; the Parties met and conferred regarding Defendant's responses and document production; and Defendant supplemented and further supplemented its responses and document production pursuant to the Parties meet and confer discussions. Plaintiff propounded one set of requests for production on Cline, and Cline responded. Plaintiff also took the depositions of three third party witnesses. Defendant propounded one set of interrogatories and one set of requests for production on Plaintiff, and Plaintiff responded. Defendant also took the deposition of Plaintiff.

      4.    Additionally, on December 12, 2022, Plaintiff noticed the deposition of Defendant pursuant to Federal Rule of Civil Procedure ("FRCP") Rule 30. Due to limited availability during the end of the year holiday period and the complex nature of the matters for which Plaintiff has requested Defendant to designate a person or persons most knowledgeable, the Parties were unable to complete these persons most knowledgeable depositions before the December 30, 2022 non-expert discovery cut-off deadline.

      5.    In addition, the Parties recently agreed to participate in further mediation efforts and recently obtained a date with mediator Mark Rudy on January 19, 2023.  A brief continuance would also enable the Parties to conserve time and resources in advance of the mediation.

      6.    On December 29, 2022, the Parties filed a Joint Stipulation Regarding Extension of Non-Expert Discovery Cut-Of Deadline (Dkt. 63), which unlike the instant Joint Stipulation did not request an extension of the February 10, 2023 motion deadline. The Parties now file the instant Joint Stipulation requesting the extension of the motion cut-off deadline in addition to the extension of the non-expert discovery cut-off deadline because only extending the non-expert discovery cut-off deadline would result in the motion cut-off deadline occurring before the non-expert discovery cut-off deadline.

Morgan, Lewis &
Bockius LLP
Attorneys at Law
Silicon Valley

JOINT STIPULATION REGARDING EXTENSION OF NON-EXPERT DISCOVERY AND MOTION DEADLINES AND [PROPOSED] ORDER

4    CASE NO. 2:18-CV-02355-WBS-JDP

7. Therefore, good cause exists to continue the non-expert discovery and motion deadlines for a brief period of 45 days to allow the Parties to continue their settlement efforts at the January 19, 2023 mediation with Mark Rudy, to conserve time and resources in advance of the mediation, and, in the event that the parties are unable to settle at the mediation, to permit the parties to complete necessary non-expert discovery, including Plaintiff's depositions of Defendant's persons most knowledgeable regarding the matters identified in Plaintiff's December 12, 2022 deposition notice.

8. Without having the opportunity to complete these depositions, the Parties will be forced to move towards trial without having sufficient time to depose key witnesses. The intended depositions will undoubtedly provide the Parties critical facts and evidence relating to Plaintiff's allegations; will dictate whether the Parties will file dispositive motions; and will be essential in evaluating and engaging in discussions regarding resolution of this case.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and through the Parties' respective counsel as follows:

The Parties hereby stipulate, and agree, and hereby request that the Court:

1. Continue the non-expert discovery cut-off deadlines by 45 days for good cause shown; and

2. Continue the motion cut-off deadline by 45 days for good cause shown.

**IT IS SO STIPULATED.**

Dated: January 6, 2023         **MORGAN, LEWIS & BOCKIUS LLP**

By  */s/ Kayla K. Cox*
KAYLA K. COX
Attorney for Defendants
OWENS & MINOR DISTRIBUTION, INC. and JOHN CLINE

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

JOINT STIPULATION REGARDING EXTENSION OF NON-EXPERT DISCOVERY AND MOTION DEADLINES AND [PROPOSED] ORDER
5      CASE NO. 2:18-CV-02355-WBS-JDP

1 | Dated:  January 6, 2023         **MAGNANIMO DEAN LAW, APC**

2

3 | By _/s/ Lauren A. Dean (as authorized on January 5, 2023)_
     LAUREN A. DEAN
     Attorney for Plaintiff
4 |  MARCUS SHOALS, SR.

JOINT STIPULATION REGARDING EXTENSION OF NON-EXPERT DISCOVERY AND MOTION
DEADLINES AND [PROPOSED] ORDER

6                      CASE NO. 2:18-CV-02355-WBS-JDP

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

**[PROPOSED] ORDER**

Based on the Joint Stipulation of the Parties, and good cause shown:

1. The non-expert discovery cut-off date of December 30, 2022, is vacated, and a new non-expert discovery cut-off date is set for February 13, 2023; and

2. The motion deadline of February 10, 2023, is vacated, and a new motion cut-off deadline is set for March 27, 2023.

IT IS SO ORDERED.

Dated:   January 10, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE