Lauren A. Dean, Esq. (SBN 174722)
*lauren@magdeanlaw.com*
MAGNANIMO DEAN LAW, APC
5850 Canoga Ave., Suite 400
Woodland Hills, California 91367
Tel.: (818) 305-3450
Fax: (818) 305-3451

Attorney for Plaintiff
Marcus Shoals, Sr.

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| MARCUS SHOALS, SR., an individual,<br><br>Plaintiff,<br><br>vs.<br><br>OWENS & MINOR DISTRIBUTION, INC., a corporation; STAFFMARK HOLDINGS, INC., a corporation; STAFFMARK INVESTMENT, LLC, a limited liability company; JOHN CLINE, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | **Case No. 2:18-cv-02355-WBS-JDP**<br><br>**ORDER RE: STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>**[Fed. R. Civ. P. 4l(a)]**<br><br>ASSIGNED FOR ALL PURPOSES TO JUDGE WILLIAM B. SCHUBB<br><br>Case Filed:  May 25, 2017<br><br>DISCOVERY CUT OFF:  12/30/22<br>MOTION CUT-OFF:  02/10/23<br>TRIAL DATE:  09/12/23 |

    Plaintiff MARCUS SHOALS, SR. and Defendants OWENS & MINOR DISTRIBUTION, INC. and JOHN CLINE by and through counsel of record, stipulated to dismiss the action against Defendants OWENS & MINOR DISTRIBUTION, INC. and JOHN CLINE.  Defendants STAFFMARK HOLDINGS, INC. and STAFFMARK INVESTMENT, LLC were previously

1

**ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE**

dismissed. See Docket Nos. 37 and 42.

Having reviewed the Stipulation, the Court APPROVES such stipulation and hereby GRANTS the Request to Dismiss Defendants OWENS & MINOR DISTRIBUTION, INC. and JOHN CLINE, as follows:

1. Pursuant to Federal Rule of Civil Procedure Rule 41(a), the action against Defendants OWENS & MINOR DISTRIBUTION, INC. and JOHN CLINE ("Defendants") shall be dismissed in its entirety with prejudice;

2. Defendants and Plaintiff waive any and all rights to appeal; and

3. Defendants and Plaintiff shall bear their own attorneys' fees and costs incurred in connection with or as a result of this action and no party shall be deemed the prevailing party.

IT IS SO ORDERED.

Dated: May 23, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE